THE HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> PIONEER SQUARE BRANDS INC., d/b/a VAULT (collectively, "PSB"), <br><br> Defendant. | Case No. 2:25-cv-00666-RSL <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

**IT IS HEREBY ORDERED:**

That the requested Defendant's Unopposed Motion for Extension of Time to Respond to Complaint by 30 days is GRANTED. Defendant's deadline to respond to Plaintiff's Complaint is extended to and including July 7, 2025.

Dated this 2nd day of June, 2025.

_____
HON. ROBERT S. LASNIK
United States District Judge

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/ Lawrence C. Locker*
    Lawrence C. Locker, WSBA #15819
    Rebecca Singleton, WSBA #57719

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT - 1
CASE NO  2:25 cv 00666 RSL

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  
2      315 Fifth Avenue S., Suite 1000  
    Seattle, WA  98104-2682  
3      (206) 676-7000  
    Email:  larryl@summitlaw.com;  
4      rebeccas@summitlaw.com  

5  BLANK ROME LLP  

6  
Russell T. Wong *(pro hac vice* to be filed*)*  
7  Megan R. Wood *(pro hac vice* to be filed*)*  
1825 Eye Street NW  
8  Washington, D.C. 20006  
(202) 420-2753  
9  Email:  Russell.wong@blankrome.com  
10  Megan.wood@blankrome.com  

11  Attorneys for Defendant Pioneer Square Brands, Inc.,  
d/b/a VAULT  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT - 2  
CASE NO  2:25 cv 00666 RSL

SUMMIT LAW GROUP, PLLC  
315 FIFTH AVENUE SOUTH, SUITE 1000  
SEATTLE, WASHINGTON 98104-2682  
Telephone:  (206) 676-7000  
Fax:   (206) 676-7001